**Order entered January 21, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00832-CR

## BRANDON DAMOND WOODS, Appellant

### V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-81312-2018**

## ORDER

Before the Court is retained counsel Kristin Brown's January 3, 2020 motion to abate this appeal. In the motion, counsel states she has thoroughly reviewed the record but has been unable to identify any viable issues. Counsel asks the Court to abate the appeal to determine whether appellant wishes to pursue the appeal and if so, for counsel to be appointed.

On determining that an appeal is frivolous, a retained attorney must inform this Court that the appeal has no merit and seek leave to withdraw by filing a motion that complies with rule 6.5 of the rules of appellate procedure. *See Rivera v. State*, 130 S.W.3d 454, 458 (Tex. App. — Corpus Christi–Edinburgh 2004, no pet.); *Nguyen v. State*, 11 S.W.3d 376, 379 (Tex. App. — Houston [14th Dist.] 2000, no pet.); *Pena v. State*, 932 S.W.2d 31, 32 (Tex. App. —El Paso 1995; *see also Oldham v. State*, 894 S.W.2d 561, 562 (Tex. App. —Waco 1995) (addressing

former rule 7); *see also* TEX. R. APP. P. 6.5 (motion for leave to withdraw must contain: list of current deadlines and settings in case; party's name and last known address and telephone number; statement that copy of motion was delivered to party; and statement that party was notified in writing of right to object to motion; motion must be delivered to party in person or mailed—both by certified and by first-class mail—to party at party's last known address).

We **DENY** the motion to abate.


/s/     LANA MYERS
        JUSTICE